FILED: December 5, 2008

```
             UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT


                  _____

                       No. 07-1431
                   (2:06-cv-02528-DCN)

                  _____
```

SOUTH CAROLINA WILDLIFE FEDERATION; SOUTH CAROLINA COASTAL
CONSERVATION LEAGUE; AUDUBON SOUTH CAROLINA

   Plaintiffs - Appellees


 v.

H. B. LIMEHOUSE, JR., Executive Director, South Carolina
Department of Transportation

   Defendant - Appellant


   and

FEDERAL HIGHWAY ADMINISTRATION; ROBERT L. LEE, Division
Administrator, Federal Highway Administration; FEDERAL
HIGHWAY ADMINISTRATION

   Defendants

```
                  _____

                    J U D G M E N T

                  _____
```

In accordance with the decision of this Court, the judgment

of the District Court is affirmed.

    This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK